ACCEPTED
12-14-00287-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/4/2015 2:05:23 PM
CATHY LUSK
CLERK

**IN THE**
**TWELFTH COURT OF APPEALS**

**CAUSE NO. 12-14-00287-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/4/2015 2:05:23 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **BRANDEE MICHELLE NICHOLS** | § | **ON APPEAL FROM THE** |
| **Appellant** | | |
| **VS.** | § | **114TH DISTRICT COURT** |
| **THE STATE OF TEXAS,** | | |
| **Appellee** | § | **SMITH COUNTY, TEXAS** |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS AND THE JUSTICES THEREOF:**

**COMES NOW APPELLANT, BRANDEE MICHELLE NICHOL,** the

Appellant, and moves the Court for an Second Extension of Time to File the Appellant's Brief in

this cause and in support thereof would show the Court as follows:

**I.**

Appellant's Brief was due to be filed on Friday, January 2, 2015. Counsel filed a Motion

for Extension of Time and said motion was granted. An Ordered was entered extending to

February 4, 2015.

II.

Appellant, respectfully request that pursuant to T.R.A.P. 10.5(d) 38.6 (d)

that the Court grant an Extension of Time to file Appellant's Brief until the 4th day of April,

2015, and in support thereof would respectfully show the Court that during the previous thirty

(30) days Counsel has been involved in the following:

1.   Appellant's Counsel has also been involved in capital murder pre-trials in the case styled the **State of Texas v.  Calvert** in Smith County, Texas .

2.  Undersigned Counsel has been involved with numerous federal cases and state misdemeanor and felony cases.

3.  Undersigned Counsel respectfully requests this Honorable Court to extend the time for filing the Appellant's Brief until the 4th day of April, 2015, in order to afford the undersigned Counsel the necessary time to conclude reading Appellant's Record, researching the applicable law and preparing the Appellant's Brief.

WHEREFORE PREMISES CONSIDERED, the undersigned Counsel, respectfully prays that his Honorable Court extend the time for filing Appellant's Brief in this cause until the 4th day of April, 2015.

Respectfully submitted,

JEFF L. HAAS
Attorney at Law
908 First City Place
Tyler, Texas  75702
(903)  593-8338

_____Jeff Haas /s/_____
JEFF L. HAAS
STATE BAR NO. 08659600
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief  has been delivered to the District Attorney's Office of Smith County, Texas, on this the __4TH__ day of February, 2015.

                                        __Jeff Haas  /s/__
                                        JEFF L. HAAS